Argued and submitted September 24, affirmed October 31, 2001

In the Matter of Serrena Kelso
and Jessica Kelso, Minor Children.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Appellant,*

*v.*

Serrena KELSO
and Jessica Kelso,
*Respondents.*

9308-829122; A111704

33 P3d 1070

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for appellant. With her on the briefs were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Karen S. Torry argued the cause for respondents. With her on the brief was Juvenile Rights Project, Inc.

Before Wollheim, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Affirmed. *State ex rel SOSCF v. Williams,* 168 Or App 538, 7 P3d 655 (2000), *rev allowed* 331 Or 633 (2001).